Form ntcrnstcs

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−60681−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Anthony A. Butson
   3915 Trumbull
   Trenton, MI 48183

Social Security No.:
   xxx−xx−1571

Employer's Tax I.D. No.:

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF REINSTATEMENT OF CASE**

*To the Creditors of the above−named Debtor(s):*

**NOTICE IS HEREBY GIVEN** that on **01/15/2014** , an order was entered **reinstating** the above entitled chapter **7** case.

Dated: 1/15/14

                                        BY THE COURT


                                        Katherine B. Gullo , Clerk of Court
                                        UNITED STATES BANKRUPTCY COURT